UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MITCHELL HUSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17 CV 2149 RWS |
| | ) | |
| GMA INVESTMENTS LLC, | ) | |
| d/b/a SUMMIT RECEIVABLES, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Having carefully considered plaintiff's unopposed motion for attorney's fees and costs and the accompanying documents in light of the relevant standards, the Court finds that plaintiff is entitled to reasonable attorney's fees and costs in the amount requested for the reasons set out in the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for attorney's fees and costs [17] is granted, and defendant shall pay plaintiff $4,057.59 in attorney's fees and costs.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of January, 2018.